## George D. Hardin, Appellee, v. Village of Westchester et al., Appellants.

### Gen. No. 42,919.

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944; rehearing denied March 14, 1944. George Sass and Kinne, Scovel, Robson and Murphy, for certain appellants; Bluford, Krinsley, Schultz & Voorheis, for certain other appellants; Raymond Harkrider, of counsel; McCulloch & McCulloch, for appellee; Hugh W. McCulloch, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.